# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

AILENE COLINI

    Plaintiff,

        V.

HUMANA, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6139

**CIV - FERGUSON**

MAGISTRATE JUDGE
SNOW

TO: (Name and address of defendant)

Its President at:  500 W. Main St.        or     Its Registered Agent:
                   Louisville, KY 40202           CORPORATION SERVICE COMPANY
                                                  1201 Hays Street
                                                  Tallahassee, FL 32301-2525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Greg A. Lewen, Esquire, Miller, Schwartz & Miller, P.A., P.O. Box 7259, Hollywood, FL 33081-1259

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                   JAN 2 8 2000
CLERK                                             DATE

_(signature)_
(BY) DEPUTY CLERK