IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
Case No. 00-6139-CIV-Ferguson
Magistrate Judge Snow

AILENE COLINI,

    Plaintiff,

v.

HUMANA INC.,

    Defendant.

_____/

**NOTICE OF MOTION PENDING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION AND MOTION FOR STAY PENDING RESOLUTION OF MOTION TO TRANSFER AND CONSOLIDATE FOR PRETRIAL PROCEEDINGS**

    Defendant Humana Inc., through counsel, hereby notifies this Court that on December 16, 1999, it filed a motion to the Judicial Panel on Multidistrict Litigation (the "MDL Panel") for an order (a) transferring four virtually identical purported class actions to a single district court and (b) consolidating those actions for coordinated pretrial proceedings pursuant to 28 U.C.C. § 1407. Humana's MDL motion, accompanying memorandum, and the amended complaint in *Price v. Humana Inc.*[1] are attached hereto at Tabs 1-3.

    On January 28, 2000, Humana Inc. and Humana Health Plan, Inc. notified the MDL Panel pursuant to Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on



DC1:423433.1

Multidistrict Litigation that they considered *Shane v. Humana Inc.* and *Weinger v. Humana Inc.* to be "tag-along" actions. Accordingly, they asked the MDL Panel to include these additional cases in any consolidation it may order as a result of Humana Inc.'s pending motion before the Panel. Humana Inc. and Humana Health Plans' notice of "tag-along" actions is attached at Tab 4. On February 8, 2000, Humana Inc. notified the MDL Panel of an additional seven cases, including this one, that it considered to be "tag-alongs." A copy of that notice is attached at Tab 5. Given the nearly identical allegations in these actions and the likely complexity of discovery, class certification briefing, and other pretrial proceedings, Defendant expects the MDL Panel to grant its motion. This litigation is still at a very early stage before both this Court and the other district courts hearing the related actions. A stay of proceedings would therefore help achieve the objectives of the MDL process – namely, judicial economy and the avoidance of inconsistent pretrial rulings – without unduly interfering with any motions pending before this Court. Similar motions were granted by the U.S. District Courts in the Northern District of Illinois in *Johnson v. Humana Inc.* and the Southern District of Mississippi in *Landry v. Humana Inc. and Humana Health Plan*. Those orders are attached at Tabs 6-7.

    Accordingly, Defendant hereby moves before this Court for a stay of proceedings pending the MDL Panel's decision whether and where to transfer this action for consolidated pretrial proceedings.

    This Motion is based on the Memorandum in Support of Motion for Stay filed this day, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of hearing.

---

[1] *Price v. Humana Inc.* was the first of thirteen virtually identical actions filed against Humana that the MDL Panel is now considering for consolidation. The complaints in the other twelve cases are substantially similar to the *Price* complaint.

*Of counsel:*

O'MELVENY & MYERS LLP
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004
(202) 383-5300

Respectfully submitted,

_____
Peter A. Sachs
Florida Bar No. 349062
JONES, FOSTER, JOHNSTON
  & STUBBS, P.A.
505 South Flagler Drive, Suite 1100
Post Office Box 3475
West Palm Beach, Florida  33402-3475

Counsel for Defendant Humana Inc.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail on James Fox Miller, Esquire, Charles Fox Miller, Esquire, Greg A. Lewen, Esquire, 2435 Hollywood Boulevard, Hollywood, FL 33020 on this ___ day of February, 2000.

Of Counsel:
O'MELVENY & MYERS LLP
555 13th Street, N.W.
Suite 500 West
Washington, D.C.
(202) 383-5300

JONES, FOSTER, JOHNSTON & STUBBS, P.A.
Attorneys for Defendant
505 South Flagler Drive, Suite 1100
Post Office Box 3475
West Palm Beach, Florida 33402-3475
(561) 659-3000

By: _____
Peter A. Sachs
Florida Bar No. 349062

N:\PAS\humanageneral\certservice4.wpd

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE