UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AILENE COLINI,

    Plaintiff,

vs.

HUMANA, INC.,

    Defendant.
_____/

Case No. 00-6139-CIV-FERGUSON

FILED by ac D.C.
MAR - 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of the above-styled case is appropriate pursuant to Local Rule 3.9(c) due to lower-numbered related case 00-3309-CIV-MORENO, and subject to consent herein below, it is

**ORDERED** that the above-numbered case is hereby transferred to the calendar of Judge Federico A. Moreno for all further proceedings.

**DATED** in Chambers at Ft. Lauderdale, Florida, this 6th day of March, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Page 2                                                    UNITED STATES DISTRICT COURT
                                                          SOUTHERN DISTRICT OF FLORIDA

After reviewing the court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case.

Therefore, it is

**ORDERED** that all pleadings hereinafter filed shall bear the following number:

Case No. 00-6139-CIV-MORENO thereby indicating the Judge to whom all pending pleadings should be routed to or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 7th day of March, 1999.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:
Honorable Wilkie Ferguson
Lucy Lara, Case Reassignment Clerk
James Fox Miller, Esq.
Pete Alan Sachs, Esq.