UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6139-CIV-MORENO/Snow

AILENE COLINI,

    Plaintiff,

v.

HUMANA INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned firm hereby appears as additional counsel of record for the Defendant Humana, Inc. Undersigned counsel requests that copies of further pleadings and correspondence be directed to the undersigned at the address below.

ADORNO & ZEDER, P.A.

Henry N. Adorno
Fla. Bar No. 160203, hna@adorno.com
Raoul G. Cantero, III
Fla. Bar No. 552356, rgc@adorno.com
2601 South Bayshore Drive, Suite 1600
Miami, Florida 33133
Phone: (305) 858-5555
Fax:   (305) 858-4777

Case No. 00-6139-CIV-MORENO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served by mail this 10th day of March, 2000, upon:

Greg Lewen
James Fox Miller
Charles Fox Miller
Miller, Schwartz & Miller, P.A.
P.O. Box 7259
Hollywood, FL 33081-1259



RGC/L.NOTICE/275482/14623.001

2

ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777