UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6139-CIV-MORENO

AILENE COLINI

    Plaintiff,

vs.

HUMANA, INC.,

    Defendant.
_____/



FILED by _A_ D.C.

MAR 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### RULE TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS CASE AND GRANT LEAVE TO AMEND PLEADINGS IN CASE NO. 99-8763-CIV-MORENO TO INCLUDE THIS CAUSE OF ACTION

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

Currently the following identical or substantially similar actions against Defendant, Humana, Inc., are pending before this Court:

    *Regina Joi Price v. Humana, Inc.* - 99-8763-CIV-MORENO

    *Donna Messina v. Humana, Inc.* - 99-3309-CIV-MORENO;

    *Dara R. Lewin v. Humana, Inc.* - 00-6130-CIV-MORENO;

    *Adriana Berrios v. Humana, Inc.* - 00-6131-CIV-MORENO;

    *Sarah A. Rothman v. Humana, Inc.* - 00-6132-CIV-MORENO;

    *Robert L. Guesby v. Humana, Inc.* - 00-6136-CIV-MORENO;

    *Ailene Colini v. Humana, Inc.* - 00-6139-CIV-MORENO;

    *Susan K. Smart v. Humana, Inc.* - 00-6140-CIV-MORENO.

Additionally, this Court is aware of two other actions (*Maureen Lewinsohn v. Humana, Inc.* - 00-0638-CIV-MOORE and *Alan Weinger v. Humana, Inc.* - 99-9108-CIV-

**RYSKAMP**) that have not yet been transferred to the undersigned. Accordingly, it is

ADJUDGED that the parties shall no later than **March 28, 2000**, file responses to show cause why the Court should not dismiss this case without prejudice and grant leave to amend the Complaint in Case No. **99-8763-CIV-MORENO** to assert all claims that were raised in the above-captioned case. If the parties do not respond by that date, this case will be **DISMISSED WITHOUT PREJUDICE** and leave will be granted to amend the Complaint in Case No. **99-8763-CIV-MORENO** to assert all claims that are raised in the above-captioned case.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL
ON ATTACHED SERVICE LIST

-2-

## SERVICE LIST
### Ailene Colini v. Humana, Inc.
### Case No.: 00-6139-CV-MORENO

**Counsel for Plaintiff**

James F. Miller, Esq.
Charles F. Miller, Esq.
Greg A. Lewen, Esq.
MILLER, SCHWARTZ & MILLER, P.A.
P.O. Box 7259
Hollywood, FL 33081

**Counsel for Defendant**

John H. Beisner, Esq.
Brian D. Boyle, Esq.
Brian Brooks, Esq.
Robert Eccles, Esq.
Ira H. Raphaelson, Esq.
John A. Rogovin, Esq.
*O'MELVENY & MYERS*
555 13th Street NW
Suite 500 West
Washington, DC 20004-1109

Peter Alan Sachs, Esq.
*JONES FOSTER JOHNSTON & STUBBS*
505 S Flagler Drive
Suite 1100 PO Box 3475
West Palm Beach, FL 33402-3475

Henry N. Adorno, Esq.
Raoul G. Cantero, III, Esq.
*ADORNO & ZEDER, P.A.*
2601 South Bayshore Drive, Suite 1600
Miami, FL 33133