UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6139-CIV-MORENO

AILENE COLINI,

    Plaintiff,

vs.

HUMANA, INC.,

    Defendant.
_____/



FILED by _____ D.C.
MAR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER DENYING DEFENDANT'S MOTION
## FOR TELEPHONIC STATUS CONFERENCE

THIS CAUSE came before the Court upon Defendant Humana's Motion for Telephonic Status Conference in Advance of March 29 Hearing Scheduled in *Price v. Humana* (D.E. No. 11), filed on **March 10, 2000**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that in light of this Court canceling the above referenced hearing the motion is **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO ALL COUNSEL
ON ATTACHED SERVICE LIST

## SERVICE LIST
### Ailene Colini v. Humana, Inc.
### Case No.: 00-6139-CV-MORENO

<u>**Counsel for Plaintiff**</u>

James F. Miller, Esq.
Charles F. Miller, Esq.
Greg A. Lewen, Esq.
 MILLER, SCHWARTZ & MILLER, P.A.
 P.O. Box 7259
 Hollywood, FL 33081

<u>**Counsel for Defendant**</u>

John H. Beisner, Esq.
Brian D. Boyle, Esq.
Brian Brooks, Esq.
Robert Eccles, Esq.
Ira H. Raphaelson, Esq.
John A. Rogovin, Esq.
***O'MELVENY & MYERS***
555 13th Street NW
Suite 500 West
Washington, DC 20004-1109

Peter Alan Sachs, Esq.
***JONES FOSTER JOHNSTON & STUBBS***
505 S Flagler Drive
Suite 1100 PO Box 3475
West Palm Beach, FL 33402-3475

Henry N. Adorno, Esq.
Raoul G. Cantero, III, Esq.
***ADORNO & ZEDER, P.A.***
2601 South Bayshore Drive, Suite 1600
Miami, FL 33133